■ In the Matter of MICHAEL T. LUBOV, Appellant, v ISABEL DODD et al., Constituting the Board of Elections of the County of Nassau, et al., Respondents.—In a proceeding, *inter alia,* to validate petitions designating Michael T. Lubov as a candidate in the Democratic Party primary election to be held on September 8, 1977 for the party position of County Committeeman in the

20th Assembly District, the appeal is from a judgment of the Supreme Court, Nassau County, dated August 10, 1977, which dismissed the proceeding. Judgment affirmed, without costs or disbursements (see *Matter of Freilich v Christenfeld,* 25 NY2d 799). Hopkins, J. P., Cohalan, Margett, Titone and Suozzi, JJ., concur.